**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
290 Federal Plaza
Central Islip, NY 11722

---------------------------------------------------------------------
IN RE:                                                                                                  Case No.
                                                                                                                    Chapter 7

---------------------------------------------------------------------

# REQUEST FOR JUDICIAL DETERMINATION
## CONCERNING DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)

The Clerk's Office requests the Court to determine whether this case should be dismissed pursuant to 11 U.S.C. § 521(i). The following deficiencies under 11 U.S.C. § 521(a)(1) are noted:

☐ Notice to Individual Debtor with Primarily Consumer Debts under 11 U.S.C. § 342(b) (Official Form 2010)

☐ Schedule A/B (Property) (Official Form 106A/B)

☐ Schedule D (Creditors Who Have Claims Secured By Property) (Official Form 106D)

☐ Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F)

☐ Schedule I (Your Income) (Official Form 106I)

☐ Schedule J (Your Expenses) (Official Form 106J)

☐ Schedule J-2 (Expenses for Separate Household of Debtor 2) (Official Form 106J-2) (*if applicable*)

☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107)

☐ Chapter 7 Statement of Your Current Monthly Income and Means-Test Calculation (Official Form 122A-1)

☐ Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp)

☐ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable

**NOW, THEREFORE, IT IS HEREBY ORDERED, THAT**

☐ The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).

☐ The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reasons:

_____

_____